UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                          Case No. 24-10935-LMI

Marcelo Adrian Vinoy,                                                              Chapter 7

    Debtor.
_____/

**CERTIFICATE OF SERVICE OF: ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO COMPROMISE CONTROVERSY**

Comes Now, Jacqueline Calderin as Trustee in the above-styled matter, by and through undersigned counsel, and files this instant Certificate and certifies that a true and correct copy of this Court's above-referenced Order (ECF No. 170) dated and was served *via* CM/ECF Service in PDF format upon those listed below on the CM/ECF list; and, *via* U.S. Mail upon those on the attached U.S. Service List on this 8th day of January, 2026.

**I HEREBY CERTIFY** that I am admitted to the Bar for the District Court in and for the Southern District of Florida and am in compliance with the additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A).

Dated:  January 8, 2026

Trustee's Counsel
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar No. 0009164

1

**CM/ECF Service List:**

Jacqueline Calderin
calderintrustee@gmail.com, jcalderin@ecf.axosfs.com;calderintrustee@ecf.inforuptcy.com;jc01@trustesolutions.net

Awilda Esteras Ortiz on behalf of Creditor Oceania IV Condominium Association, Inc., c/o Awilda Esteras, Esq., c/o Siegfried Rivera
aesteras@srhl-law.com, jortega@siegfriedrivera.com;ksalvatierra@siegfriedrivera.com

Awilda Esteras Ortiz on behalf of Creditor Oceania Property Owners Association, Inc., c/o Awilda Esteras, Esq., c/o Siegfried Rivera
aesteras@srhl-law.com, jortega@siegfriedrivera.com;ksalvatierra@siegfriedrivera.com

Laudy Luna on behalf of Creditor GS Cargo LLC
ll@crllawgroup.com, jbr@crllawgroup.com,admin@crllawgroup.com

Laudy Luna on behalf of Creditor Gispro Logistics LLC
ll@crllawgroup.com, jbr@crllawgroup.com,admin@crllawgroup.com

Laudy Luna on behalf of Creditor Gabriel Spuhler
ll@crllawgroup.com, jbr@crllawgroup.com,admin@crllawgroup.com

James B Miller on behalf of Trustee Jacqueline Calderin
bkcmiami@gmail.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Richard Siegmeister, Esq. on behalf of Debtor Marcelo Adrian Vinoly
rspa111@att.net, rspa-ernest@att.net

Giselle Velez on behalf of Creditor Select Portfolio Servicing, Inc.
gvelez@rasflaw.com