| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 24-10935-LMI<br>Southern District of Florida<br>Miami<br>Fri Dec 12 11:25:45 EST 2025 | American Express National Bank<br>80 Minuteman Rd<br>P.O. Box 9043<br>Andover, MA 01810-0943 | GS Cargo LLC<br>c/o CRL Law Group<br>2655 S. Le Jeune Rd.<br>Suite 804<br>Suite 804<br>Coral Gables, FL 33134-5814 |
| Gispro Logistics LLC<br>c/o CRL Law Group<br>2655 S. Le Jeune Rd.<br>Suite 804<br>Suite 804<br>Coral Gables, FL 33134-5814 | Oceania IV Condominium Association, Inc., c/<br>Siegfried Rivera<br>201 Alhambra Circle<br>11th Floor<br>Coral Gables, FL 33134-5107 | Oceania Property Owners Association, Inc., c<br>Siegfried Rivera<br>201 Alhambra Circle<br>11th Floor<br>Coral Gables, FL 33134-5107 |
| Select Portfolio Servicing, Inc.<br>Robertson, Anschutz, Schneid, Crane<br>13010 Morris Road, Suite 450<br>Alpharetta, GA 30004-2001 | AFC Automotive Finance Corp.<br>4350 Oakes Rd., $522<br>Fort Lauderdale, FL 33314-2224 | Ambetter from Sunshine Health<br>POB 25408<br>Little Rock, AR 72221-5408 |
| American Anesthesiology of Florida Inc.<br>c/o Mitchell D. Bluhm & Associates LLC<br>1313 N. Travis St. #103<br>Sherman, TX 75092-5165 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 |
| Amex<br>P.O. Box 7871<br>Fort Lauderdale, FL 33329 | Apple Card/Gs Bank USA  Lockbox 6112<br>Po Box 7247<br>Philadelphia, PA 19170-0001 | Automotive Finance Corporation<br>11299 N. Illinois St., Suite 500<br>Carmel, IN 46032-0108 |
| BB&T Mtg<br>P O Box 2027<br>Greenville, SC 29602-2027 | Branch B&T<br>2713 Forest Hills Road Bldg 1<br>Wilson, NC 27893-4432 | Brclysbankde<br>Po Box 26182<br>Wilmington, DE 19899-6182 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One<br>PO Box 85064<br>Glen Allen, VA 23058 | Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Chase<br>POB 15298<br>Wilmington, DE 19886-5298 | Citi<br>Pob 6241<br>Sioux Falls, SD 57117-6241 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discoverbank Pob 15316<br>Wilmington, DE 19850 |
| Florida Department of Revenue<br>Fred Rudzik, Esquire<br>Post Office Box 6668<br>Tallahassee, Florida 32314-6668 | GS Cargo LLC<br>c/o CRL Law Group<br>2655 S. Le Jeune Rd. Suite 804<br>Coral Gables, FL 33134-5814 | Gabriel Spuhler<br>c/o CRL Law Group<br>2655 S Le Jeune Rd. Suite 804<br>Coral Gables, FL 33134-5814 |

| | | |
|---|---|---|
| Gabriel Spuhler<br>c/o CRL Law Group<br>2655 S. LeJeune Road, Suite 804<br>Coral Gables, FL 33134 | Gispro Logistics LLC<br>c/o CRL Law Group<br>2655 S. Le Jeune Rd. Suite 804<br>Coral Gables, FL 33134-5814 | Great Lake Asset Solutions<br>c/o Larry Burrows Collection Mgr<br>315 Bewley Building<br>Lockport, NY 14094-2943 |
| HCA Florida Neurosurgical Specialists<br>POB 668<br>Brentwood, TN 37024-0668 | HCA Florida Neurosurgical Specialists<br>c/o Medicredi<br>POB 505600<br>Sant Louis, MO 63150-5600 | Inphynet S Broward LLC<br>c/o HRRG<br>POB 5406<br>Cincinnati, OH 45273-0001 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19255-0525 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Jpmcb Card<br>301 N Walnut St, Floor 09<br>Wilmington, DE 19801-3971 |
| Jpmcb Card<br>800 Brooksedge Blvd<br>Westerville, OH 43081-2822 | Memorial Healthcare System<br>POB 538522<br>Atlanta, GA 30353-8522 | Memorial Regional Hospital<br>c/o Team Health<br>3429 Regal Dr.<br>Alcoa, TN 37701-3265 |
| Memorial Regional Hospital South<br>c/o Saga Law Offices<br>1300 Sawgrass Corporate Parkway #14<br>Fort Lauderdale, FL 33323-2826 | Oceania IV Condo Association<br>16400 Collins Ave<br>North Miami Beach, FL 33160-4564 | Oceania IV Condominium Association, Inc.<br>c/o Awilda Esteras, Esq.,<br>c/o Siegfried Rivera<br>201 Alhambra Circle, 11th Floor<br>Coral Gables, FL 33134-5118 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Qualcare Medical Group<br>210 S. Federal Hwy #430<br>Hollywood, FL 33020-6866 | Quest Diagnostics<br>c/o Arstrat<br>POB 676448<br>Dallas, TX 75267-6448 |
| Syncb/Amazon<br>PO Box 981432<br>El Paso, TX 79998-1432 | Syncb/Baers<br>P.O. Box 276<br>Dayton, OH 45401-0276 | Syncb/Ppmc<br>PO Box 981416<br>El Paso, TX 79998-1416 |
| Syncb/Rmstgo<br>P.O. Box 276<br>Dayton, OH 45401-0276 | (p)TD BANKNORTH NA<br>70 GRAY ROAD<br>FALMOUTH ME 04105-2019 | The Flowers of Scotland<br>400 Sunny Isle Blvd #1508<br>Sunny Isles Beach, FL 33160-5092 |
| Truist Mortgage<br>1001 Semmes Ave<br>Richmond, VA 23224-2245 | US Bank National Association<br>Dba US Bank Equipment Finance<br>c/o Emanuel & Zwiebel, PLLC<br>7900 Peters RD Suite B-100<br>Fort Lauderdale, FL 33324-4044 | United Collection Bure<br>5620 Sthwyck Blvd Ste 206<br>Toledo, OH 43614-1501 |
| Gabriel Spuhler<br>c/o CRL Law Group<br>2655 S. Le Jeune Rd.<br>Suite 804<br>Suite 804<br>Coral Gables, FL 33134-5814 | Jacqueline Calderin<br>1825 Ponce De Leon Blvd #358<br>Coral Gables, FL 33134-4418 | Marcelo Adrian Vinoly<br>16400 Collins Ave #841<br>Sunny Isles Beach, FL 33160-4568 |

Richard Siegmeister Esq.
3850 Bird Rd, Floor 10
Miami, FL 33146-1673

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cap One | Discover | TD Bank N.A. |
| Po Box 85015 | Po Box15316 | 32 Chestnut Street |
| Richmond, VA 23285 | Wilmington, DE 19850 | Lewiston, ME 04240 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    60
Bypassed recipients     1
Total                  61